UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANTHONY WILLIAMS

    Plaintiff,

v.                                             Case No: 5:25-cv-66-WFJ-PRL

ANTHONY TROY WILLIAMS, et al.,

    Defendants.

## ORDER

This cause is before the Court upon *sua sponte* review. The Court issued an Order requiring Plaintiff to either submit an amended complaint on the Court's approved form on or before March 11, 2025. (Doc. 4). Plaintiff was warned that his failure to comply would result in dismissal of this action without further notice. *Id*. Plaintiff failed to comply.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED** without prejudice.
2. The **Clerk** is directed to enter judgment accordingly, terminate any pending motions, and close this case.

**DONE** and **ORDERED** in Tampa, Florida, on March 24, 2025.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
Pro Se Party